FILED

02/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0365

_____

IN THE MATTER OF:

P.C., G.C., and S.C.                                    O R D E R

      Youths in Need of Care.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.


For the Court,


Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
February 1 2023